IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RELIANCE TRUST COMPANY | * | |
| Plaintiff(s) | * | |
| | * | Civil Action No.: JFM-01-1914 |
| vs. | * | |
| ADAPTIVE BROADBAND CORPORATION | * | |
| Defendant(s) | | |

******

**ORDER**

Defendant(s) having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 10th day of August 2001

ORDERED that this action be administratively closed as to defendant Adaptive Broadband Corporation without prejudice to the right of plaintiff(s) to move to reopen this action as to defendant Adaptive Broadband Corporation for good cause shown.

_____
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)