

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RELIANCE TRUST COMPANY     *
                                         *
    v.                            *    Civil No. JFM-01-1914
                                         *
ADAPTIVE BROADBAND CORP.    *
                                    *****

ORDER

On August 10, 2001 I entered an order administratively closing this case as to defendant Adaptive Broadband Corporation. In light of the fact that the action is one for interpleader that can effectively proceed only with the participation of all defendants, including Adaptive Broadband Corporation, I will now administratively close it in its entirety. Accordingly, it is, this 14th day of November 2001

ORDERED that this action be administratively closed subject to being reopened by any party for good cause shown.

J. Frederick Motz
United States District Judge